UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────── x

United States of America,

                        Plaintiff,

    -against-

                                                                                   Case No. 7:90-cr-455

Morrell K. Savoy

                        Defendant.

───────────────────────────────────── x

## ORDER

This case is administratively closed. The Clerk of Court is directed to terminate this case on the Court's docket.

Dated: August 26, 2022
Poughkeepsie, New York

SO ORDERED.

_____
Hon. Martin R. Goldberg
United States Magistrate Judge